IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MELLISSA HAMMONS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL NO. 05-0613-WS-C |
| | ) |
| **COMPUTER PROGRAMS AND** | ) |
| **SYSTEMS, INC. (CPSI),** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 26), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 11th day of December, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE